## Commonwealth *v.* Donlen, Appellant.

Argued December 10, 1969. *John W. Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Martin H. Belsky,* Assistant District Attorney, with him *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ferenc, Appellant.

Submitted December 8, 1969. *John M. Ferenc,* appellant, in propria persona; *William T. Nicholas, Richard A. Devlin* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.